[No. 38965-7-II.   Division Two.   October 22, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. TRACY J. GAY, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 08-1-00420-4, F. Mark McCauley, J., entered March 2, 2009. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Bridgewater, J.; Armstrong, J., dissenting.

[No. 63336-8-I.   Division One.   October 25, 2010.]

ANDREW DECK, *Appellant*, v. RONALD TETER ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 06-2-13627-6, Steven C. Gonzalez, J., entered March 16, 2009. *Reversed* by unpublished opinion per Spearman, J., concurred in by Ellington and Lau, JJ.

[No. 63607-3-I.   Division One.   October 25, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. FREDERICK CHARLES BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-11504-4, Mary Yu, J., entered May 15, 2009. *Affirmed* by unpublished opinion per Lau, J., concurred in by Grosse and Appelwick, JJ.